UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN N. KONSTANTINOVICH,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　Defendant(s). | NO. C07-155P<br><br>ORDER OF DISMISSAL |

On February 9, 2007, Plaintiff's request to proceed *in forma pauperis* was denied by Magistrate Judge Theiler and he was ordered to pay the filing fee if he wished his matter to proceed. Dkt. No. 2. On March 13, 2007, an order issued giving Plaintiff 30 days to pay the filing fee for his action and advising him that, should he disagree with the denial of his IFP status, he could file a revised IFP application. Dkt. No. 6. As of this date, Plaintiff has neither paid his filing fee nor filed a revised IFP application.

IT IS HEREBY ORDERED that this matter is DISMISSED without prejudice for failure to pay the required filing fee.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: April _17__, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

**ORDER OF DISMISSAL - 1**