1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVAN KONSTANTINOVICH,

        Plaintiff(s),

     v.

SOCIAL SECURITY ADMINISTRATION,

        Defendant(s).

NO. C07-155MJP

MINUTE ORDER

13
14
15
16
17
18
19
20
21
22
23
24
25
26

     The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

     The Court is is receipt of a packet of materials from Plaintiff dated May 8, 2007.  On April 17, 2007, this Court entered an order dismissing Plaintiff's case for failure to pay a filing fee or submit a revised IFP application.

     `The matter is closed and the Court will accept no further submissions from Plaintiff under this case number.  The Clerk of the Court is directed to return the materials to Plaintiff at his last known mailing address.

     Filed this 15th day of May, 2007.

                         BRUCE RIFKIN, Clerk

                         By     /s Mary Duett
                               Deputy Clerk

MINUTE ORDER